# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WALTER T. LOGAN, )
)
    Plaintiff, )
)
v. )
) Case No.: 2:10-cv-04228
)
NCO FINANCIAL SYSTEM, INC., )
)
    Defendant. )

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

_____
Ross S. Enders, Esquire
Attorney for the Defendant

Date: 9/23/10

_____
Craig Thor Kimmel, Esquire
Attorney for the Plaintiff

Date: 9/23/10

BY THE COURT:

_____
J.