# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WALTER T. LOGAN,

   Plaintiff,

v.

           Case No.: 2:10-cv-04228

NCO FINANCIAL SYSTEM, INC.,

   Defendant.

SEP 28 2010

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

_____
Ross S. Enders, Esquire
Attorney for the Defendant
Date: 9/23/10

_____
Craig Thor Kimmel, Esquire
Attorney for the Plaintiff
Date: 9/23/10

BY THE COURT:

9/28/10

_____
          J.